

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2014

No. 04-14-00617-CV

**IN RE** Teresita **CUTLER**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice

On September 2, 2014, relator Teresita Cutler filed a petition for writ of mandamus and motion for emergency stay pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and motion for emergency stay are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on September 3rd, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of September, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013-CI-00007, styled *In the Matter of the Marriage of Teresita Cutler and Ernest Eugene Cutler Jr.*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Richard Price presiding.